UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JONATHAN TORRES-BONILLA, | : | |
| Petitioner, | : | Civ. No. 21-10242 (RBK) |
| v. | : | |
| LAMINE N'DIAYE, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 28, 2023, this Court denied Petitioner's habeas petition. (*See* ECF 22 & 23). However, some remaining docket management issues remain. First, Petitioner paid two $5.00 filing fees in this case, one when this action was initially filed and one on September 8, 2022. Accordingly, Petitioner shall be refunded one of those fees. Additionally, Petitioner also filed an application to proceed *in forma pauperis*. That application will be granted.

Accordingly, IT IS on this 8th day of December, 2023,

ORDERED that the Clerk shall refund Petitioner $5.00 as he paid the filing fee twice in this case; and it is further

ORDERED that Petitioner's application to proceed *in forma pauperis* (ECF 16) is granted; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge